In the Matter of the Claim of GEORGE R. WINTERS, Respondent, for Compensation under the Workmen's Compensation Law, v. WELLS BROS. COMPANY, Employer, and LONDON GUARANTEE AND ACCIDENT COMPANY, Insurance Carrier, Appellants.— Award reversed and matter remitted to the Commission on the authority of *Matter of Grammici* v. *Zinn* (219 N. Y. 322) and *Matter of Kanzar* v. *Acorn Mfg. Co.* (Id. 326), recently decided by the Court of Appeals.   All concurred.